FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY 14  PM 1:45

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| ARTHUR ROY KENNEDY<br>LISA LEILANI KENNEDY,<br>    Debtor(s) | Bankruptcy No. 08-27038<br>(Chapter 7)<br>Judge R. Kimball Mosier  |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | Intermountain Health Care, Inc.<br>PO Box 27808<br>Salt Lake City, UT 84127-0808 | $2.23 |

A check in the amount of $2.23 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this \_12\_ day of May, 2010

                                               DAVID L. MILLER
                                               Chapter 7 Trustee



```
                    UNITED STATES
              U.S. Bankruptcy Cour
                   District of Utah

              #  00263857  -  BH

                  May 14, 2010


         Code    Case #      Qty       Amoun
         t

         (OP=$25  08-27038              2.
         23 CK
           Debtor - KENNEDY


         TOTAL→                        2.23



      FROM: DAVID L. MILLER
            CK 110
```



David L. Miller, Trustee
P. O. Box 9
Farmington, UT 84025-0009

Case #:  08-27038-002
Case:    KENNEDY, ARTHUR ROY AND KENNEDY,
         LISA LEILANI   Debtor(s).

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX - 77092

PAY:  TWO AND 23/100

VOID AFTER 90 DAYS   DATE: 04/15/2010   CHECK NO: 110   $2.23

TO THE ORDER OF:
Clerk, US Bankruptcy Court

Trustee

Small Dividends

⑈000000110⑈ ⑆115500⑆ ⑈717708703B⑈